IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                     Case No. 02-CR-80720

vs.

                     HON. VICTORIA A. ROBERTS

ISSA ZUMOT

    Defendant.
_____/

## ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Issa Zumot, to time served and commencement of the two-year term of supervised release previously imposed.  The Court finds:

    1.  Issa Zumot pled guilty to violating 21 U.S.C. § 846 and 21 U.S.C. § 841(c)(2), Conspiracy to Distribute a Listed Chemical.  He was sentenced on June 24, 2008, to a 168-month term of imprisonment, followed by a two-year term of supervised release.

    2.  Defendant, age 66, suffers from dementia, chronic obstructive pulmonary disease, and macular degeneration.  He requires staff assistance with set-up,

toileting, dressing, and transfers. He is confined to a bed or wheelchair throughout the day.

3. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's debilitated status constitutes extraordinary and compelling reasons that warrant the requested reduction.

**IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as the release plan is implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the two-year term of supervised release previously imposed.

**IT IS SO ORDERED.**

DATED: February 10, 2015      S/Victoria A. Roberts
　　　　　　　　　　　　　　　　　HON. VICTORIA A. ROBERTS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE